UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22348-UU

JORGE L. SANAME,

    Plaintiff,

v.

INDECO FINISHES OF FLORIDA, LLC and
OSWALDO A. RAMOS,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Final Default Judgment. D.E. 11.

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

On June 22, 2015, Plaintiff filed his Complaint against Defendants. D.E. 1. Defendants were served on July 16, 2015, and thus, were required to file a responsive pleading on August 6, 2015. D.E. 8. Fed. R. Civ. P. 12(a)(1)(A)(i). On August 10, 2015, the Clerk entered Default against Defendants for failing to respond within the applicable time period. D.E. 10. Thereafter, Plaintiff filed his Motion for Final Default Judgment. D.E. 11.

In the instant Motion, Plaintiff seeks $8,960.00 in unpaid overtime wages, including liquidated damages under the Fair Labor Standards Act. In addition, Plaintiff seeks attorney's fees and costs in the amount of $2,042.50. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion for Final Default Judgment is GRANTED and judgment entered for Plaintiff in the amount of $8,960.00 in unpaid wages and liquidated damages and $2,042.50 in attorneys fees..

It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _17th_ day of August, 2015.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf